Argued March 23, affirmed June 13, 1978

In the Matter of the Marriage of
WEYHRICH, *Respondent,*
*and*
WEYHRICH, *Appellant.*
(No. 400-661, CA 9308)
579 P2d 327

Argued and submitted March 23, 1978.

E. Daniel Seymour, Portland, argued the cause for appellant. With him on the brief were Virgil Colombo and Colombo and Scanlon, P. C., Portland.

Stephen B. Herrell, Portland, argued the cause for respondent. With him on the brief was McMenamin, Joseph, Herrell & Paulson, Portland.

Before Richardson, Presiding Judge, and Lee and Johnson, Judges.

PER CURIAM.

Affirmed. *See Starin and Starin,* 29 Or App 557, 564 P2d 748, *rev den* 279 Or 191 (1977); *Delf and Delf,* 19 Or App 439, 528 P2d 96 (1974). No costs to either party.